# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SHIRLEY WASHBURN, ADMINISTRATRIX OF THE ESTATE OF DONALD WASHBURN, | : : : : | No. 695 MAL 2015 |
| Respondent | : : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : : | |
| v. | : : : | |
| NORTHERN HEALTH FACILITIES, INC.; EXTENDICARE HEALTH FACILITIES, INC.; EXTENDICARE HEALTH SERVICES, INC.; EXTENDICARE HEALTH NETWORK, INC.; EXTENDICARE HOLDINGS, INC.; EXTENDICARE, INC.; EXTENDICARE REIT; EXTENDICARE, L.P., | : : : : : : : : : : | |
| Petitioners | : | |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 28th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

     Justice Donohue did not participate in the consideration or decision of this matter.